**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **RODOLFO ANTONIO ARGUELLO CARDENAS #A243-163-262** | **CIVIL ACTION NO. 1:26-CV-04153 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN CENTRAL LOUISIANA ICE PROCESSING CENTER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Rodolfo Antonio Arguello Cardenas ("Arguello Cardenas"), an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana.

To determine whether Arguello Cardenas is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **28 days** after electronic service of the Petition and this Order, with supporting summary judgment evidence of the legal basis for Petitioner's detention.

IT IS FURTHER ORDERED that Petitioner shall have **14 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Alexandria, Louisiana on this 16th day of November. 2026.

JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE